```
              UNITED STATES BANKRUPTCY COURT
              WESTERN DISTRICT OF PENNSYLVANIA

IN RE: TERRANCE L. CASSIDY,     ) Bankr. No. 23-21884 CMB
       SR.,                     )
              Debtor.           ) Chapter 13
                                )
       TERRANCE L. CASSIDY,     ) Docket No. 12
       SR.,                     ) Rel.to Docket No.1
                                )
              Movant,           )
                                )
                                )
                                )
       NO RESPONDENTS.          )
```

ORDER OF COURT

AND NOW, this 20th day of September, 2023, upon the
consideration of the Debtor's Motion to Extend Time, it is
hereby ORDERED, ADJUDGED and DECREED that the Debtor's Motion is
granted and the Debtor shall have an additional 10 days or until
September 28, 2023 to file the remaining schedules to complete
the Petition.

By the Court:

FILED
9/20/23 11:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm* jah
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrator to serve Debtor, Counsel for Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 23-21884-CMB
Terrance L. Cassidy, Sr.                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                 User: auto                          Page 1 of 1
Date Rcvd: Sep 20, 2023              Form ID: pdf900                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Terrance L. Cassidy, Sr., 2403 Sidney Street, Suite 208, Pittsburgh, PA 15203-2152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023                   Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Terrance L. Cassidy  Sr. rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5