## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 23-21884 CMB |
| TERRANCE L. CASSIDY, SR., | ) |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) Docket No. 18 |
| PNC BANK, N.A., | ) Related to Docket No. 17 |
| | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) Claim No. |
| | ) |
| TERRANCE L. CASSIDY, SR., | ) |
| | ) |
| Respondent. | ) |

### DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Terrance L. Cassidy, Sr., by and through his attorney, who respectfully represents the following:

1. On or about September 4, 2023, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. PNC Bank, N.A. filed a Notice of Mortgage Payment Change on September 26, 2023. The monthly mortgage payment of **$1,908.52** is being **decreased** to **$1,819.65** effective **10/17/2023**.

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

Date: 9/28/2023

Respectfully submitted.

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

  I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 28th day of September, 2023, by U.S. Mail, first class, postage pre-paid and Electronic Filing, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>cmecf@chapter13trusteewdpa.com | PNC Bank<br>Attn: Jodi Porter<br>P.O. Box 94982<br>Cleveland, OH 44101 |

                By: /s/ Rodney D. Shepherd
                   Rodney D. Shepherd
                   Attorney for the Debtor
                   PA I.D. No. 56914
                   rodsheph@cs.com
                   2403 Sidney Street
                   Suite 208
                   Pittsburgh, PA 15203
                   412 471-9670