**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TERRANCE L. CASSIDY, SR., | ) | Bankruptcy No. 23-21884 CMB |
| | ) | |
| Debtor. | ) | Chapter 13 |
| TERRANCE L. CASSIDY, SR., | ) | |
| | ) | |
| Movant, | ) | Docket No. 22 |
| vs. | ) | Related to Docket No. 1 |
| | ) | |
| NO RESPONDENTS. | ) | Hearing Date & Time: |

**PROOF OF INCOME**

I, Terrance L. Cassidy, Sr., hereby certifies that I am currently not working and my source of income is $2,140.00 per month from social security and $2,500.00 per month from rental income.

By: /s/ Terrance L. Cassidy, Sr.
Terrance L. Cassidy, Sr.