**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankr. No. 23-21884 CMB |
|    TERRANCE L. CASSIDY, SR., | ) |
| | ) Chapter 13 |
|       Debtor. | ) |
| | ) |
| PNC BANK, | ) Docket No. 36 |
| | ) Related to Docket No. 35 |
| | ) |
|       Movant, | ) Hearing Date & Time: |
| | ) |
|       vs. | ) Claim No. |
| | ) |
|    TERRANCE L. CASSIDY, SR. | ) |
|    AND RONDA J. WINNECOUR, | ) |
|    CHAPTER 13 TRUSTEE, | ) |
| | ) |
|       Respondents. | ) |

**DECLARATION OF MORTGAGE PAYMENT CHANGE**

And Now, comes the Debtor, Terrance L. Cassidy, by and through their attorney, who respectfully represents the following:

    1.  On or about September 4, 2023, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

    2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

    3. PNC Bank filed a Notice of Mortgage Payment Change.
     (a)   The monthly mortgage payment of **$1,819.65** is being **increased to $1,863.20** effective **11/17/2023**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

Date: <u>10/26/2023</u>

                                        Respectfully submitted.
                                        <u>/s/ Rodney D. Shepherd</u>
                                        Rodney D. Shepherd, Esquire
                                        Attorney for the Debtor
                                        PA I.D. No. 56914
                                        2403 Sidney Street
                                        Suite 208

>Pittsburgh, PA 15203
>(412) 471-9670
>rodsheph@cs.com

**CERTIFICATE OF SERVICE**

    I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 26th day of October, 2023, by Electronic Filing and , upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>cmecf@chapter13trusteewdpa.com | PNC Bank<br>c/o Brian Nicholas, Esquire<br>bnicholas@kmllawgroup.com |

                                                                                                        By: /s/ Rodney D. Shepherd
>Rodney D. Shepherd
>Attorney for the Debtor
>PA I.D. No. 56914
>rodsheph@cs.com
>2403 Sidney Street
>Suite 208
>Pittsburgh, PA 15203
>412 471-9670