

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

23-21884

DEBTOR(S):

TERRANCE L CASSIDY

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 14 IN THE AMOUNT OF $68.60

CREDITOR'S SIGNATURE:

/s/ Mark Stidham

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

11/17/2023