## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | TERRANCE CASSIDY, SR., | ) Case No. 23-21884 CMB |
| | | ) |
| | Debtor. | ) Chapter 13 |
| | | ) |
| | TERRANCE CASSIDY, SR., | ) Docket No. 44 |
| | | ) Related to Docket No. 43 |
| | Movant, | ) |
| | | ) Hearing Date & Time: |
| | vs. | ) |
| | | ) |
| | NO RESPONDENTS. | ) |

**DEBTOR'S NOTICE To CONVERT CASE FROM CHAPTER 13 To CHAPTER 7**

The Debtor, pursuant to 11 U.S.C. § 1307 (a), hereby elects to convert the above-captioned chapter 13 case to a case under chapter 7 of the Bankruptcy Code. The Debtor is entitled to convert his case because:

1. This Case, filed on September 4, 2023, is a case under chapter 13 of the Bankruptcy Code.
2. The Debtor is eligible to be debtor under chapter 7 of the Bankruptcy Code.

WHEREFORE, the Debtor prays for relief under chapter 7 of the Bankruptcy Code.

Date: 12/13/2023

Respectfully submitted,
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670