UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN: TERRANCE L. CASSIDY, JR., | ) Bankruptcy No. 23-21884 CMB |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| | ) Docket No. 63 |
| | ) Related to Docket No. 51 |

## 1019 REPORT-CONVERSION

The Debtor in the above-captioned case has filed all schedules of unpaid debts after the commencement of the Chapter 13 Bankruptcy, as required by 1019(5) and 1019 (5)(B) and (C). All schedules pursuant to 1019 (1)(a) & 1007(b) have already been filed.

Date: 1/1/2024

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com