Form RSC

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 23−21884−CMB**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  Terrance L. Cassidy Sr.
  2403 Sidney Street
  Suite 208
  Pittsburgh, PA 15203

Social Security No.:
  xxx−xx−6450

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Rodney D. Shepherd
River Park Commons
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
Telephone number:  412−471−9670

NAME/ADDRESS OF TRUSTEE
Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
Telephone number:  724−443−4757

DATE/TIME/LOCATION OF MEETING OF CREDITORS
April 15, 2024
12:00 PM
341 Meeting will be conducted by phone, please consult
the docket or, case trustee for call information.

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 1/24/24

BY THE COURT

Carlota M Bohm
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-21884-CMB
Terrance L. Cassidy, Sr. Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Jan 24, 2024     Form ID: rsc     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrance L. Cassidy, Sr., 2403 Sidney Street, Suite 208, Pittsburgh, PA 15203-2152 |
| cr | + | Township of Scott, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| 15641302 | + | Chase, 6716 Grade Lane Bldg. 9, Suite 910, Louisville, KY 40213-3410 |
| 15634345 | | Citibank, c/o ARS National Services, P.O. Box 469100, Escondido, CA 92046-9100 |
| 15641304 | + | Comenity/Capital Bank, P.O. Box 650965, Dallas, TX 75265-0965 |
| 15654970 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 15641307 | | PNC Bank, Philadelphia, PA 19176-1335 |
| 15634352 | + | PNC Bank Mortgage Services, 3232 Newmark Drive, Miamisburg, OH 45342-5433 |
| 15655623 | + | Scott Township, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15645163 | + | Township of Scott, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2024 07:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2024 07:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jan 25 2024 07:03:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 25 2024 07:02:00 | City of Pittsburgh and School District of Pittsbur, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 07:15:43 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15641299 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2024 07:02:00 | American Express, 1 Express Drive, Columbus, OH 43230-1496 |
| 15643429 | + | Email/Text: bkfilings@zwickerpc.com | Jan 25 2024 07:03:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15641301 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 07:15:43 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15637388 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 07:15:43 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15645164 | + | Email/Text: ebnjts@grblaw.com | Jan 25 2024 07:02:00 | Chartiers Valley School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15634345 | ^ | MEBN | Jan 25 2024 07:03:00 | Citibank, c/o ARS National Services, P.O. Box 469100, Escondido, CA 92046-9100 |
| 15642259 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 07:15:43 | Citibank, 6716 Grade Lane, Bldg. 9, Suite 910, Louisville, KY 40213-3410 |
| 15641303 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 07:15:40 | Citibank/Sears, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 15634346 | + | Email/Text: ngisupport@radiusgs.com | Jan 25 2024 07:02:00 | Citibank/Sears, c/o Radius Global Solutions, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 15645170 | + | Email/Text: ebnjts@grblaw.com | Jan 25 2024 07:02:00 | City of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15645168 | + | Email/Text: ebnjts@grblaw.com | Jan 25 2024 07:02:00 | City of Pittsburgh & School District of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15641300 | ^ | MEBN | Jan 25 2024 07:03:00 | Comenity Bank, P.O. Box 650972, Dallas, TX 75265-0972 |
| 15641304 | ^ | MEBN | Jan 25 2024 07:02:46 | Comenity/Capital Bank, P.O. Box 650965, Dallas, TX 75265-0965 |
| 15645161 | + | Email/Text: ebnjts@grblaw.com | Jan 25 2024 07:02:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15656456 | + | Email/Text: jdryer@bernsteinlaw.com | Jan 25 2024 07:02:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15634344 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 25 2024 07:15:46 | Chase/Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 15634348 | | Email/Text: bankruptcydepartment@tsico.com | Jan 25 2024 07:03:00 | JPMorgan Chase, c/o Nationwide Credit, P.O. Box 15130, Wilmington, DE 19850-5130 |
| 15635850 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 07:05:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15641308 | | Email/Text: camanagement@mtb.com | Jan 25 2024 07:02:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 15654039 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2024 07:02:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15654978 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2024 07:02:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15656385 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2024 07:15:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15642261 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 07:15:46 | Sears/CBNA, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 15649853 | | Email/Text: bankruptcy@springoakscapital.com | Jan 25 2024 07:02:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 15641305 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 07:15:43 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15641306 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 07:15:46 | The Home Depot Credit Services, P.O. Box 6028, The Lakes, NV 88901-6028 |
| 15654909 | | Email/Text: BNCnotices@dcmservices.com | Jan 25 2024 07:02:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15656290 | | Email/Text: BNCnotices@dcmservices.com | | |

Jan 25 2024 07:02:00  UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15634342 | | American Express |
| 15634343 | | Capital One Bank |
| 15634347 | | Comenity/Capital Bank |
| 15634349 | | M&T Bank |
| 15634350 | | PNC |
| 15634351 | | PNC Bank |
| 15634353 | | Sears/CBNA |
| 15634354 | | Synchrony Bank?lowes |
| 15634355 | | The Home Depot/CBNA |
| cr | *+ | Chartiers Valley School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | Scott Township, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 10 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Scott jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City of Pittsburgh and School District of Pittsburgh jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Scott Township jlc@mbm-law.net |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: rsc | Total Noticed: 41 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd
    on behalf of Debtor Terrance L. Cassidy  Sr. rodsheph@cs.com

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com


TOTAL: 11