| | | | | |
|---|---|---|---|---|
| **Information to identify the case:** | | | | |
| Debtor 1 | Terrance L. Cassidy Sr. | | Social Security number or ITIN   xxx–xx–6450 | |
| | First Name   Middle Name   Last Name | | EIN   __–_____ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ | |
| | | | EIN   __–_____ | |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | | |
| Case number: | 23–21884–CMB | | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Terrance L. Cassidy Sr.

<u>5/1/24</u>

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318     **Order of Discharge**     page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Terrance L. Cassidy, Sr.

    Debtor

Case No. 23-21884-CMB

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 01, 2024 | Form ID: 318 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrance L. Cassidy, Sr., 2403 Sidney Street, Suite 208, Pittsburgh, PA 15203-2152 |
| cr | + | Township of Scott, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| 15641302 | + | Chase, 6716 Grade Lane Bldg. 9, Suite 910, Louisville, KY 40213-3410 |
| 15654970 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 15641307 | | PNC Bank, Philadelphia, PA 19176-1335 |
| 15634352 | | PNC Bank Mortgage Services, 3232 Newmark Drive, Miamisburg, OH 45342-5433 |
| 15655623 | + | Scott Township, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15645163 | + | Township of Scott, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | May 02 2024 04:15:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | May 02 2024 04:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2024 00:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 02 2024 04:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2024 00:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | May 02 2024 00:56:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: ebnjts@grblaw.com | May 02 2024 00:55:00 | City of Pittsburgh and School District of Pittsbur, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2024 01:42:37 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15641299 | + | EDI: WFNNB.COM | May 02 2024 04:15:00 | American Express, 1 Express Drive, Columbus, OH 43230-1496 |
| 15643429 | + | Email/Text: bkfilings@zwickerpc.com | May 02 2024 00:56:00 | American Express National Bank, AENB, c/o |

District/off: 0315-2        User: auto        Page 2 of 4

Date Rcvd: May 01, 2024        Form ID: 318        Total Noticed: 42

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15641301 | | EDI: CAPITALONE.COM | May 02 2024 04:15:00 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15637388 | | EDI: CAPITALONE.COM | May 02 2024 04:15:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15645164 | + | Email/Text: ebnjts@grblaw.com | May 02 2024 00:55:00 | Chartiers Valley School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15634345 | ^ | MEBN | May 02 2024 00:21:02 | Citibank, c/o ARS National Services, P.O. Box 469100, Escondido, CA 92046-9100 |
| 15642259 | + | EDI: CITICORP | May 02 2024 04:15:00 | Citibank, 6716 Grade Lane, Bldg. 9, Suite 910, Louisville, KY 40213-3410 |
| 15641303 | | EDI: CITICORP | May 02 2024 04:15:00 | Citibank/Sears, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 15634346 | + | Email/Text: ngisupport@radiusgs.com | May 02 2024 00:55:00 | Citibank/Sears, c/o Radius Global Solutions, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 15645170 | + | Email/Text: ebnjts@grblaw.com | May 02 2024 00:55:00 | City of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15645168 | + | Email/Text: ebnjts@grblaw.com | May 02 2024 00:55:00 | City of Pittsburgh & School District of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15641300 | ^ | MEBN | May 02 2024 00:20:56 | Comenity Bank, P.O. Box 650972, Dallas, TX 75265-0972 |
| 15641304 | ^ | MEBN | May 02 2024 00:20:20 | Comenity/Capital Bank, P.O. Box 650965, Dallas, TX 75265-0965 |
| 15645161 | + | Email/Text: ebnjts@grblaw.com | May 02 2024 00:55:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15656456 | + | Email/Text: jdryer@bernsteinlaw.com | May 02 2024 00:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15634344 | | EDI: JPMORGANCHASE | May 02 2024 04:15:00 | Chase/Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 15634348 | | Email/Text: bankruptcydepartment@tsico.com | May 02 2024 00:56:00 | JPMorgan Chase, c/o Nationwide Credit, P.O. Box 15130, Wilmington, DE 19850-5130 |
| 15635850 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2024 01:42:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15641308 | | Email/Text: camanagement@mtb.com | May 02 2024 00:55:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 15654039 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2024 00:55:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15654978 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2024 00:55:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15656385 | | EDI: PRA.COM | May 02 2024 04:15:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15642261 | + | EDI: CITICORP | May 02 2024 04:15:00 | Sears/CBNA, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 15649853 | | Email/Text: bankruptcy@springoakscapital.com | May 02 2024 00:55:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 15641305 | | EDI: SYNC | | |

| | | May 02 2024 04:15:00 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15641306 | EDI: CITICORP | | |
| | | May 02 2024 04:15:00 | The Home Depot Credit Services, P.O. Box 6028, The Lakes, NV 88901-6028 |
| 15654909 | Email/Text: BNCnotices@dcmservices.com | | |
| | | May 02 2024 00:55:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15656290 | Email/Text: BNCnotices@dcmservices.com | | |
| | | May 02 2024 00:55:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15634342 | | American Express |
| 15634343 | | Capital One Bank |
| 15634347 | | Comenity/Capital Bank |
| 15634349 | | M&T Bank |
| 15634350 | | PNC |
| 15634351 | | PNC Bank |
| 15634353 | | Sears/CBNA |
| 15634354 | | Synchrony Bank?lowes |
| 15634355 | | The Home Depot/CBNA |
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| cr | *+ | Chartiers Valley School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | Scott Township, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 10 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2024                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Township of Scott jhunt@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor City of Pittsburgh and School District of Pittsburgh jhunt@grblaw.com |

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com

Jennifer L. Cerce
on behalf of Creditor Scott Township jlc@mbm-law.net

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd
on behalf of Debtor Terrance L. Cassidy  Sr. rodsheph@cs.com

Rosemary C. Crawford
on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford
crawfordmcdonald@aol.com  PA68@ecfcbis.com


TOTAL: 11